UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL R. LITTLE** | : | |
| Plaintiffs | : | No. 1:16-CV-01030 |
| vs. | : | (Judge Kane) |
| **DAVID J. EBBERT, et al.,** | : | |
| Defendants | : | |

### ORDER

In accordance with the accompanying memorandum, on this 19th day of December 2016, **IT IS HEREBY ORDERED THAT** Little's motion for reconsideration (Doc. 13) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania